In the Matter of MORTIMER KAPLAN and Another against LOUIS ROSENBERG, an Attorney.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SCHAEFFER & DAVIDOWITZ, INC., v. LEO WEISS, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BOROUGH PARK TOBACCO CO., INC., v. UNITED STATES CASUALTY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SCHUYLKILL FUEL CORPORATION v. B. & C. NIEBERG REALTY CORPORATION, INC., and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J.; Finch, McAvoy, Martin and Proskauer, JJ.

REAL ESTATE HOLDING CORPORATION v. UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, Impleaded with JEAN J. ADAM and Others. F. LEVI LORD and Another, as Trustees, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAMUEL LEWIS and Others v. BERNARD K. MARCUS and Others, Impleaded.— Motion granted. ·Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ISAAC LEVINSON and Others v. CHARLES G. MEINKEN and Another, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HANNAH GOLDBERG v. MAMIE BLOCK.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of JOHN J. PARMELEE against EDWARD J. BARBER and OAKLEY WOOD, in the Estate of JAMES BARBER, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of HAROLD H. FEIGIN, an Attorney.— Reference ordered to Dean Emery. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of ABRAHAM PINDEK, an Attorney.— Reference ordered to Louis V. Bright. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of NATHAN ROSENBERG, an Attorney.— Reference ordered to Millard H. Ellison. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SPENCER R. HILL and Others, Appellants, v. THE INTERNATIONAL PRODUCTS COMPANY and Others, Respondents, Impleaded with Others.— Judgment and order affirmed, with costs. In addition to failing promptly to notify the defendant of its election to rescind, the plaintiffs did not rely upon representations as to right to pay dividends. Findings that plaintiffs relied upon representations as to right to pay dividends reversed. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ. [129 Misc. 25.]

DAVID KELLMAN, Appellant, v. NEW YORK CITY INTERBOROUGH RAILWAYS COMPANY and Another, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.